**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:16-cr-00191** |
| v. | * | **SECTION: "C"** |
| **MICHAEL THIEL** | * | **MAGISTRATE:** |

* * *

## FACTUAL BASIS

The defendant, **MICHAEL THIEL** (hereinafter "**THIEL**"), has agreed to plead guilty as charged to Count One, that is, willfully evading the payment of tax, in violation of Title 26, United States Code, Section 7201, of the bill of information currently pending against him. As stated in the plea agreement, the Government and the defendant agree, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, that the defendant will not be sentenced to a term of imprisonment that exceeds 37 months.

This Factual Basis does not attempt to set forth all of the facts known to the United States at this time. The limited purpose of this Factual Basis is to demonstrate that there exists a sufficient legal basis for **THIEL's** guilty plea. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea that the defendant will tender pursuant to the plea agreement. The parties also agree that this Factual Basis may, but need not, be used by the United States Probation Office and the Court in determining the applicable advisory guideline range under the United States Sentencing Guidelines or the appropriate sentence under 18 U.S.C. § 3553(a). The defendant agrees not to object to any fact set forth below being used by the Court or the United States Probation Office to determine the applicable advisory guideline range or the appropriate sentence under 18 U.S.C. § 3553(a).

The United States and **THIEL** do hereby stipulate and agree that the allegations in the bill of information and the following facts are true and correct and that, should this matter have proceeded to trial, the government would have proven them beyond a reasonable doubt, through the introduction of competent testimony and admissible tangible and documentary exhibits.

Defendant **THIEL** solely owned and operated Michael L. Thiel, Attorney at Law LLC, which was a criminal defense law practice located in Hammond, Louisiana, within the Eastern District of Louisiana.

**THIEL** evaded the payment of federal individual income and employment taxes for the years 2003 through 2013. Through his law practice, **THIEL** earned substantial sums of income, but did not timely file income or employment tax returns or make timely payments of tax due and owing to the United States Treasury. While **THIEL** had the ability to make partial payments towards his tax obligations, he concealed the true ownership of his property and assets by, *inter alia*, utilizing certain trusts. In or around June 30, 2001, **THIEL** caused to be created the Thiel Family Trust in Hammond, Louisiana, within the Eastern District of Louisiana; he was the beneficiary, fiduciary, and trustee. In or around February 2008, **THIEL** created two trusts in the names of family members in Hammond, Louisiana, within the Eastern District of Louisiana. **THIEL** used the foregoing trusts to evade the payment of federal income and employment taxes for the 2003 through 2013 tax years within the Eastern District of Louisiana.

On or about January 12, 2007, **THIEL** caused nominees to purchase his principal residence for $435,000. To conceal **THIEL's** beneficial ownership and shield the assets from the IRS, **THIEL** caused these nominees to purchase his principal residence. The nominees obtained a mortgage on the principal residence, using a nominee bank account that had been beneficially funded by **THIEL** and a trust that **THIEL** beneficially controlled. **THIEL** had exclusive control over the nominee bank account, and used it to pay the bank mortgage.

Between January 2007 and January 2014, **THIEL** deposited $416,283.56 into the nominee bank account with funds from the trusts and other accounts not held in his name. **THIEL** also entered into a lease agreement with the nominees in order to treat the monthly mortgage payments as rent.

**THIEL** filed self-assessed individual income tax returns from within the Eastern District of Louisiana, reflecting as follows:

| Form 1040 Tax Year | Date Filed | Amount of Tax Assessed | Penalty for Not Prepaying Tax | Late Filing Penalty | Late Payment Penalty | Interest for Late Payment | Accrued Interest/ Penalty | Payments/ Credits | Total Due and Owing as of April 30, 2016 (including interest and penalties) |
|---|---|---|---|---|---|---|---|---|---|
| 2003 | 4/18/2008 | $81,648 | $2,084.00 | $18,190.80 | $20,199.50 | $32,348.84 | $46,171.15 | ($4,300) | $196,342.29 |
| 2004 | 7/22/2010 | $110,424 | $2,860.00 | $24,845.40 | $27,606.00 | $45,818.67 | $41,402.91 | $0 | $252,956.98 |
| 2005 | 12/7/2010 | $24,636 | $387.86 | $5,543.10 | $6,159.00 | $9,278.24 | $3,300.28 | ($25,305) | $23,999.48 |
| 2006 | 6/15/2011 | $17,237 | $725.00 | $1,197.45 | $1,255.05 | $1,330.50 | $251.40 | ($22,350) | ($354) |
| 2007 | 4/6/2012 | $63,986 | $332.00 | $11,300.17 | $11,551.28 | $9,728.37 | $11,411.55 | ($13,763) | $94,546.37 |
| 2008 | 7/19/2012 | $39,429 | $570.56 | $4,314.37 | $3,930.87 | $2,982.10 | $4,501.06 | ($20,254) | $35,473.96 |
| 2009 | 8/31/2012 | $60,013 | $1,081.00 | $9,194.17 | $6,333.76 | $4,392.53 | $10,832.22 | ($19,150) | $72,696.66 |
| 2010 | 9/10/2012 | $43,566 | $896.00 | $9,433.57 | $3,983.06 | $2,462.35 | $13,074.95 | ($3,639) | $69,776.93 |
| 2011 | 1/14/2013 | $36,227 | $654.00 | $584.17 | $0.00 | $256.12 | $0.00 | ($38,458) | ($737) |
| 2012 | 10/15/2013 | $38,242 | $97.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($40,233) | ($1,894) |
| 2013 | 10/13/2014 | $56,139 | $545.27 | $1,050.66 | $0.00 | $474.96 | $0.00 | ($64,491) | ($6,281.11) |
| | | $571,547 | $10,232.69 | $85,653.86 | $81,018.52 | $109,072.68 | $130,945.52 | ($251,943) | $736,527.03 |

**THIEL** filed self-assessed employment tax returns from within the Eastern District of Louisiana, reflecting as follows:

| Tax Year | Date Filed | Amount of Tax Assessed | Payments/ Credits | Federal Tax Deposit Penalty | Late Filing Penalty | Late Payment Penalty | Interest for Late Payment | Fees for Collection Expense | Additional Tax Assessed | Accrued Penalty | Accrued Interest | Tax Due and Owing as of April 30, 2016 (including interest and penalties) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 941 - 2006 | | | | | | | | | | | $3,315.18 | $31,863.07 |
| Quarter 1 | 7/27/2012 | $3,879.86 | $0.00 | $0.00 | $872.97 | $969.96 | $1,860.00 | $0.00 | $0.00 | $0.00 | | $7,582.79 |
| Quarter 2 | 7/27/2012 | $4,750.80 | ($3,378.00) | $463.14 | $308.88 | $343.20 | $615.27 | $0.00 | $0.00 | $0.00 | | $3,103.29 |
| Quarter 3 | 7/27/2012 | $5,699.77 | ($2,282.80) | $740.82 | $1,282.45 | $865.66 | $1,602.56 | $0.00 | $0.00 | $0.00 | | $7,908.46 |
| Quarter 4 | 7/27/2012 | $4,959.20 | $0.00 | $743.88 | $1,115.82 | $1,239.80 | $1,894.65 | $0.00 | $0.00 | $0.00 | | $9,953.35 |
| | | | | | | | | | | | | |
| 941 - 2007 | | | | | | | | | | | $17,535.48 | $67,913.44 |
| Quarter 1 | N/A | N/A | | | | | | | | | | |
| Quarter 2 | 9/5/2007 | $4,783.85 | ($4,932.60) | $5,431.44 | $3,756.51 | $23.92 | $8,294.45 | $0.00 | $33,020.39 | $0.00 | | $50,377.96 |
| Quarter 3 | N/A | N/A | | | | | | | | | | |
| Quarter 4 | N/A | N/A | | | | | | | | | | |
| | | | | | | | | | | | | |
| 941 - 2008 | | | | | | | | | | | $7,321.29 | $70,751.89 |
| Quarter 1 | 7/27/2012 | $12,854.19 | $0.00 | $1,928.13 | $2,892.19 | $3,213.55 | $3,029.09 | $0.00 | $0.00 | $0.00 | | $23,917.15 |
| Quarter 2 | 7/27/2012 | $10,357.28 | $0.00 | $1,553.59 | $2,330.39 | $2,589.32 | $2,226.87 | $0.00 | $0.00 | $0.00 | | $19,057.45 |
| Quarter 3 | 7/27/2012 | $5,527.29 | $0.00 | $829.09 | $1,243.64 | $1,243.64 | $1,003.33 | $0.00 | $0.00 | $138.18 | | $9,935.17 |
| Quarter 4 | 7/27/2012 | $5,814.80 | $0.00 | $872.22 | $1,308.33 | $1,279.26 | $1,021.78 | $0.00 | $0.00 | $174.44 | | $10,470.83 |
| | | | | | | | | | | | | |
| 941 – 2009 | | | | | | | | | | | $4,388.14 | $41,712.71 |
| Quarter 1 | 7/27/2012 | $7,593.28 | ($5,262.52) | $1,138.99 | $1,708.49 | $1,556.62 | $1,214.05 | $0.00 | $0.00 | $341.70 | | $8,290.61 |
| Quarter 2 | 7/27/2012 | $6,507.96 | ($3,237.48) | $976.19 | $1,464.29 | $1,236.51 | $955.24 | $0.00 | $0.00 | $390.48 | | $8,293.19 |
| Quarter 3 | 7/27/2012 | $5,322.75 | $0.00 | $798.41 | $1,197.62 | $931.48 | $703.90 | $0.00 | $0.00 | $399.20 | | $9,353.36 |
| Quarter 4 | 7/27/2012 | $6,527.99 | $0.00 | $979.20 | $1,468.80 | $1,044.48 | $779.42 | $0.00 | $0.00 | $587.52 | | $11,387.41 |
| | | | | | | | | | | | | |
| 941 – 2010 | | | | | | | | | | | $1,778.67 | $14,663.84 |
| Quarter 1 | 7/16/2010 | $5,549.78 | ($4,678.41) | $0.00 | $577.82 | $497.85 | $61.61 | $1,715.00 | $0.00 | $75.10 | | $3,798.75 |
| Quarter 2 | N/A | N/A | | | | | | | | | | |
| Quarter 3 | 10/31/2010 | $4,046.70 | ($1,135.26) | $0.00 | $0.00 | $465.83 | $20.25 | $0.00 | $0.00 | $262.03 | | $3,659.55 |
| Quarter 4 | 5/7/2012 | $4,148.08 | ($1,270.82) | $558.67 | $933.32 | $346.24 | $236.63 | $0.00 | $0.00 | $474.75 | | $5,426.87 |
| | | | | | | | | | | | | |
| 941 - 2011 | | | | | | | | | | | $2,195.79 | $21,830.41 |
| Quarter 1 | 5/14/2012 | $4,434.54 | ($3,319.42) | $409.21 | $997.77 | $274.50 | $193.98 | $0.00 | $0.00 | $195.15 | | $3,275.73 |
| Quarter 2 | 5/14/2012 | $4,473.52 | $0.00 | $0.00 | $1,006.54 | $246.04 | $159.85 | $0.00 | $0.00 | $872.34 | | $6,758.29 |
| Quarter 3 | 1/22/2012 | $5,294.56 | ($5,294.56) | $0.00 | $714.77 | $79.42 | $37.24 | $0.00 | $0.00 | $0.00 | | $831.43 |
| Quarter 4 | 5/7/2012 | $5,675.52 | ($500.00) | $851.33 | $1,021.59 | $141.89 | $72.85 | $229.00 | $0.00 | $1,276.99 | | $8,769.17 |
| | | | | | | | | | | | | |
| 940 – 2006 | 7/27/2012 | $268.67 | $0.00 | $0.00 | $513.84 | $67.17 | $102.67 | $867.00 | $1,813.55 | $417.12 | $1,144.07 | $5,194.09 |
| 940 - 2007 | 8/20/2012 | $375.19 | $0.00 | $0.00 | $635.51 | $93.80 | $98.76 | $0.00 | $2,202.75 | $306.63 | $979.28 | $4,891.92 |
| 940 – 2008 | 7/27/2012 | $308.08 | $0.00 | $0.00 | $69.32 | $67.78 | $54.13 | $0.00 | $0.00 | $9.24 | $58.10 | $566.55 |
| 940 – 2009 | 7/27/2012 | $332.93 | $0.00 | $0.00 | $74.91 | $53.27 | $39.48 | $0.00 | $0.00 | $29.96 | $58.16 | $588.71 |
| 940 – 2010 | 8/20/2012 | $289.00 | ($289.00) | $0.00 | $65.02 | $30.34 | $20.24 | $0.00 | $0.00 | $0.00 | $11.83 | $116.53 |
| W-2 Pen – 2002 | N/A | $1,015.15 | | | | | | | | | | $1,632.25 |

$261,725

The parties stipulate that the criminal tax loss amount attributable to **THIEL's** conduct in Count One, under United States Sentencing Guidelines §2T1.1 and §2T4.1, is more than $550,000 and not greater than $1,500,000.

Various records, including income tax returns, IRS records, bank records, and other documents and tangible objects would be introduced at trial to prove the facts as set forth above. In addition, the testimony of employees and agents of the IRS, and other competent witnesses would be introduced at trial to prove the facts set forth above.

**APPROVED AND AGREED TO:**

TODD A. ELLINWOOD
MICHAEL P. HATZIMICHALIS
Trial Attorneys
U.S. Department of Justice, Tax Division

11/16/16
Date

HERBERT LARSON
Bar Roll No. 8052
Attorney for Defendant Michael Thiel

12/7/2016
Date

MICHAEL THIEL
Defendant

12/7/2016
Date