MINUTE ENTRY
FELDMAN, J.
DECEMBER 7, 2016
JS10: 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-0191 |
| MICHAEL THIEL | SECTION "F" |

RE-ARRAIGNMENT

Courtroom Deputy: Charles A. Armond
Court Recorder: Toni Tusa

APPEARANCES:
Michael P. Hatzimichalis, AUSA, For Government
Herbert V. Larson, Jr., For Defendant
Ashely Jerrell, U.S. Probation

Court begins 1:55 p.m.
All present and ready.
Defendant present to withdraw former plea of Not Guilty and enters a plea of guilty as to count 1.
Defendant is sworn and questioned by the Court.
Defendant informed of rights to trial by jury or the court and waives same.
Reading of Bill of Information waived by the defendant.
Defendant is informed of the maximum penalties.
Defendant is informed of the sentencing guidelines.
Defendant enters a plea of guilty.
Plea Agreement is disclosed to the court in letter form and same is filed.
The Court informed the parties that it will determine whether the Rule 11(c)(1)(c) plea agreement is acceptable after reviewing the pre-sentencing report.
Government submits the factual basis in writing and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
Defendant was Released.
Sentencing set for March 22, 2017 at 1:30 p.m.
Court adjourned 2:15 p.m.

IT IS ORDERED that the pretrial conference and trial of the above defendant are canceled.